IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CARLOSE TALKINGTON, as Mother   )
and Personal Representative     )
for the Estate of ABRAHAM       )
TALKINGTON, Deceased,           )
                                )
            Plaintiff,          )         8:06CV583
                                )
      v.                        )
                                )
MERCK & CO., INC.,              )         ORDER
                                )
            Defendant.          )
_____)
```

       This matter is before the Court on the unopposed motion to stay all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation (Filing No. 7). The Court finds said motion should be granted. Accordingly,

       IT IS ORDERED that defendant's motion to stay is granted. This action is stayed pending transfer by the Panel on Multidistrict Litigation.

       DATED this 25th day of September, 2006.

                           BY THE COURT:

                           /s/ Lyle E. Strom
                         _____
                           LYLE E. STROM, Senior Judge
                           United States District Court