A CERTIFIED TRUE COPY
OCT 18 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -2 AM 11: 39
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT - 2 2006
FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-66)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,433 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
OCT 18 2006
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
NOV 13 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

# SCHEDULE CTO-66 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 06-1785 | Margaret D. Collins, et al. v. Merck & Co., Inc. | 06-9337 |
| ALN 4 06-1668 | Robert D. Ramsey v. Merck & Co., Inc., et al. | 06-9338 |
| ALN 4 06-1793 | John E. Kemp, et al. v. Merck & Co., Inc. | 06-9339 |
| ALN 5 06-1792 | A. Glenn Allen, et al. v. Merck & Co., Inc. | 06-9340 |
| ALN 5 06-1794 | Stanley O. Preston, et al. v. Merck & Co., Inc. | 06-9341 |
| ALN 5 06-1795 | M. Linda G. Webb v. Merck & Co., Inc. | 06-9342 |
| ALN 7 06-1784 | Patricia Stokes v. Merck & Co., Inc. | 06-9343 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE 2 06-1957~~ | ~~Maximo Rivera v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 | |
| ~~CAE 2 06-1973~~ | ~~Linda Chamberlain v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 | |
| ~~CAE 2 06-1977~~ | ~~Kap Sook Choi v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 | |
| ~~CAE 2 06-1978~~ | ~~Witold Kolankowski v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 | |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3 06-5534~~ | ~~William C. Mullins v. Merck & Co., Inc., et al.~~ Opposed 10/13/06 | |
| **CONNECTICUT** | | |
| CT 3 06-1363 | Margaret A. Allahand, et al. v. Merck & Co., Inc. | 06-9344 |
| **FLORIDA MIDDLE** | | |
| FLM 3 06-792 | Arphine Anderson, etc. v. Merck & Co., Inc. | 06-9345 |
| FLM 3 06-798 | Leo Leonard, et al. v. Merck & Co., Inc. | 06-9346 |
| FLM 8 06-1619 | Vicky Larsen v. Merck & Co., Inc., et al. | 06-9347 |
| **FLORIDA SOUTHERN** | | |
| FLS 1 06-22291 | Lilia Fernandez v. Merck & Co., Inc. | 06-9348 |
| FLS 2 06-14214 | Jack Hawkins v. Merck & Co., Inc., et al. | 06-9349 |
| FLS 2 06-14232 | Donald Snapp v. Merck & Co., Inc. | 06-9350 |
| **GEORGIA NORTHERN** | | |
| GAN 4 06-200 | Judith Campione, et al. v. Merck & Co., Inc. | 06-9351 |
| **HAWAII** | | |
| HI 1 06-487 | David Shiel v. Merck & Co., Inc. | 06-9352 |
| HI 1 06-493 | Michael Wall v. Merck & Co., Inc. | 06-9353 |
| **IDAHO** | | |
| ID 2 06-356 | Philip Ruff v. Merck & Co., Inc. | 06-9354 |
| ID 2 06-357 | Elbert Pierce, et al. v. Merck & Co., Inc. | 06-9355 |
| ID 2 06-358 | Kurt Williams v. Merck & Co., Inc. | 06-9356 |
| ID 2 06-375 | James H. Loe v. Merck & Co., Inc. | 06-9357 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-4735 | Maureen McMahon v. Merck & Co., Inc. | 06-9358 |
| ILN 1 06-4737 | James Vertucci v. Merck & Co., Inc. | 06-9359 |
| ILN 1 06-4941 | Demper Birdow v. Merck & Co., Inc., et al. | 06-9360 |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS (MDL-1657)                                              Page 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **INDIANA SOUTHERN** | | |
| INS  1  06-1329 | Eunice Bey, et al. v. Merck & Co., Inc. | 06-9361 |
| **KANSAS** | | |
| KS   5  06-4104 | Betty A. Bernardi v. Merck & Co., Inc. | 06-9362 |
| **LOUISIANA WESTERN** | | |
| LAW  5  06-854 | Mitchell E. Jackson, et al. v. Merck & Co., Inc. | 06-9363 |
| **MASSACHUSETTS** | | |
| MA   4  06-40192 | Frederick J. Grasso v. Merck & Co., Inc. | 06-9364 |
| **MARYLAND** | | |
| MD   1  06-2294 | Charles Stottlemyer, et al. v. Merck & Co., Inc. | 06-9365 |
| **MICHIGAN EASTERN** | | |
| MIE  2  06-14054 | Elizabeth Thompson, et al. v. Merck & Co., Inc. | 06-9366 |
| **MINNESOTA** | | |
| MN   0  06-3569 | Valerie Novak, et al. v. Merck & Co., Inc. | 06-9367 |
| MN   0  06-3708 | Peggy T. Owens, etc. v. Merck & Co., Inc. | 06-9368 |
| MN   0  06-3720 | Bobby Wilson, etc. v. Merck & Co., Inc. | 06-9369 |
| MN   0  06-3721 | James O. Hortman, etc. v. Merck & Co., Inc. | 06-9370 |
| **MISSOURI EASTERN** | | |
| MOE  4  06-1322 | Victor Wright, et al. v. Merck & Co., Inc. | 06-9371 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  1  06-246 | Betty Jo Miller, et al. v. Merck & Co., Inc. | 06-9372 |
| MSN  1  06-248 | Joann G. Sansing, et al. v. Merck & Co., Inc. | 06-9373 |
| MSN  3  06-121 | Judy Nabors v. Merck & Co., Inc. | 06-9374 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  2  06-204 | Maurice F. Moore v. Merck & Co., Inc. | 06-9375 |
| **NORTH CAROLINA WESTERN** | | |
| NCW  5  06-113 | Joyce W. Yelton v. Merck & Co., Inc. | 06-9376 |
| **NEBRASKA** | | |
| NE   4  06-3209 | Ivan N. Nord, et al. v. Merck & Co., Inc. | 06-9377 |
| NE   4  06-3210 | Ronald D. Elznic, et al. v. Merck & Co., Inc. | 06-9378 |
| NE   8  06-574 | Richard Romine, etc. v. Merck & Co., Inc. | 06-9379 |
| NE   8  06-583 | Carlose Talkington, etc. v. Merck & Co., Inc. | 06-9380 |
| NE   8  06-591 | Kathleen R. Skiles, etc. v. Merck & Co., Inc. | 06-9381 |
| **NEW JERSEY** | | |
| NJ   1  06-4163 | County of Santa Clara v. Merck & Co., Inc. | 06-9382 |
| NJ   3  06-4121 | James Dunar, et al. v. Merck & Co., Inc. | 06-9383 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-6663 | Mary Lopez, etc. v. Merck & Co., Inc. | 06-9384 |
| **NEW YORK WESTERN** | | |
| NYW  6  06-6445 | Leann M. Williams v. Merck & Co., Inc. | 06-9385 |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS (MDL-1657)                                  Page 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 06-2149 | Michelle Collins v. Merck & Co., Inc. | 06-9386 |
| OHN 1 06-2163 | Juan Candelario, et al. v. Merck & Co., Inc. | 06-9387 |
| OHN 1 06-2164 | Catherine Miller, et al. v. Merck & Co., Inc. | 06-9388 |
| OHN 1 06-2182 | Valerie V. Rucker, etc. v. Merck & Co., Inc. | 06-9389 |
| OHN 3 06-2160 | Norma Bielski v. Merck & Co., Inc. | 06-9390 |
| **OHIO SOUTHERN** | | |
| OHS 1 06-583 | Jean Marie Stoner v. Merck & Co., Inc. | 06-9391 |
| OHS 2 06-716 | Iva L. Charbonneau v. Merck & Co., Inc. | 06-9392 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 06-451 | Elvus J. Farrow, et al. v. Merck & Co., Inc. | 06-9393 |
| OKN 4 06-480 | Jimmy Moore v. Merck & Co., Inc. | 06-9394 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 06-903 | Mary Roy v. Merck & Co., Inc. | 06-9395 |
| OKW 5 06-907 | Ora Mae Dame v. Merck & Co., Inc. | 06-9396 |
| OKW 5 06-908 | Kenneth Dare v. Merck & Co., Inc. | 06-9397 |
| OKW 5 06-909 | Bruce Havens v. Merck & Co., Inc. | 06-9398 |
| OKW 5 06-910 | Tom Smith, etc. v. Merck & Co., Inc. | 06-9399 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-3774 | Israel Rosa, et al. v. Merck & Co., Inc. | 06-9400 |
| PAE 2 06-3835 | Armand Coco v. Merck & Co., Inc. | 06-9401 |
| PAE 2 06-3870 | Attilio Paparazzo, etc. v. Merck & Co., Inc., et al. | 06-9402 |
| PAE 2 06-3871 | Maricus Willis, et al. v. Merck & Co., Inc., et al. | 06-9403 |
| PAE 2 06-3874 | Gary L. Davis, et al. v. Merck & Co., Inc., et al. | 06-9404 |
| PAE 2 06-3949 | Shirley F. Shaw, et al. v. Merck & Co., Inc., et al. | 06-9405 |
| PAE 2 06-3950 | Elizabeth C. Fortune, et al. v. Merck & Co., et al. | 06-9406 |
| PAE 2 06-3951 | Yiniva Gomez v. Merck & Co., Inc., et al. | 06-9407 |
| PAE 2 06-3965 | Joseph B. Moore, et al. v. Merck & Co., Inc. | 06-9408 |
| PAE 2 06-3975 | Pennie Freet, et al. v. Merck & Co., Inc. | 06-9409 |
| PAE 2 06-4124 | Joseph Everts, et al. v. Merck & Co., Inc., et al. | 06-9410 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 06-1159 | Clifford D. Hardt v. Merck & Co., Inc. | 06-9411 |
| PAW 2 06-1160 | Patricia L. McCarey v. Merck & Co., Inc. | 06-9412 |
| PAW 2 06-1161 | James R. Richeimer v. Merck & Co., Inc. | 06-9413 |
| **SOUTH CAROLINA** | | |
| SC 7 06-2364 | Robert C. Bridges, et al. v. Merck & Co., Inc. | 06-9414 |
| **TEXAS EASTERN** | | |
| TXE 1 06-556 | Louie Kee, Jr., et al. v. Merck & Co., Inc. | 06-9415 |
| TXE 2 06-360 | William H. Hundley, et al. v. Merck & Co., Inc. | 06-9416 |
| TXE 2 06-361 | Charles Spence, et al. v. Merck & Co., Inc. | 06-9417 |
| TXE 2 06-362 | Andrew Wilk, et al. v. Merck & Co., Inc. | 06-9418 |
| TXE 2 06-363 | Danny King, et al. v. Merck & Co., Inc. | 06-9419 |
| TXE 2 06-375 | Cleatus W. Drinnon, et al. v. Merck & Co., Inc. | 06-9420 |
| **TEXAS SOUTHERN** | | |
| ~~TXS 2 06-399~~ | ~~Celia Garza Garcia, et al. v. Merck & Co., Inc., et al.~~ Vacated 10/12/06 | |
| TXS 7 06-252 | Josefa R. Garces, et al. v. Merck & Co., Inc., et al. | 06-9421 |
| TXS 7 06-254 | Yolanda Munoz, etc. v. Merck & Co., Inc., et al. | 06-9422 |

SCHEDULE CTO-66 - TAG-ALONG ACTIONS  (MDL-1657)        Page 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **TEXAS WESTERN** | | |
| TXW 5 06-745 | Olga Galvan v. Merck & Co., Inc. | 06-9423 |
| **WASHINGTON WESTERN** | | |
| WAW 2 06-1252 | Doris Gibson, et al. v. Merck & Co., Inc. | 06-9424 |
| WAW 3 06-5528 | Craig S. Hobbs, et al. v. Merck & Co., Inc. | 06-9425 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 06-676 | Steve Rappold v. Merck & Co., Inc. | 06-9426 |
| WVS 2 06-677 | Warne L. Ferguson v. Merck & Co., Inc. | 06-9427 |
| WVS 2 06-678 | Roderick Rappold v. Merck & Co., Inc. | 06-9428 |
| WVS 2 06-679 | Leslie E. Adams, Sr. v. Merck & Co., Inc. | 06-9429 |
| WVS 2 06-714 | Russell Clayton Clark v. Merck & Co., Inc., et al. | 06-9430 |
| WVS 3 06-364 | Robert Lee Dolin, etc. v. Merck & Co., Inc. | 06-9431 |
| WVS 3 06-365 | Robert L. Clark v. Merck & Co., Inc. | 06-9432 |
| WVS 3 06-493 | David Lee Lester, et al. v. Merck & Co., Inc. | 06-9433 |
| WVS 3 06-494 | Boyd Leroy Dunn, et al. v. Merck & Co., Inc. | 06-9434 |
| WVS 3 06-495 | Ardella Adkins v. Merck & Co., Inc. | 06-9435 |
| WVS 3 06-680 | Jimmy Hardwick v. Merck & Co., Inc. | |
| **WYOMING** | | |
| WY 2 06-214 | Mary J. Morrison, etc. v. Merck & Co., Inc. | 06-9436 |